683 A.2d 554

IN THE MATTER OF LOWEN K. HANKIN,
AN ATTORNEY AT LAW.

October 21, 1996.

## ORDER

The Disciplinary Review Board on June 27, 1996, having filed with the Court its decision concluding that **LOWEN K. HANKIN,** formerly of **LAWRENCEVILLE,** who was admitted to the bar of this State in 1992, should be reprimanded for violating *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation) by issuing to a purchaser of a boat from respondent's family business a receipt showing a false amount paid for the boat, and good cause appearing;

It is ORDERED that **LOWEN K. HANKIN** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.